# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PURSUIT CAPITAL MANAGEMENT, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 14-10610 (LSS) |
| | : | |
| | : | **Related D.I. No. 190, 191 & 203** |
| _____ | : | |

## APPELLEE CHAPTER 7 TRUSTEE'S DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Appellee, Jeoffrey L. Burtch, Chapter 7 Trustee for the estate of Pursuit Capital

Management, LLC, by his undersigned special counsel, hereby designates the following

additional items to be included in the record on appeal pursuant to Bankr. R. 8009(a)(2):

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 03/21/2014 | 1 (15 pgs) | Chapter 7 Voluntary Petition. Amount Paid $306. Filed by Pursuit Capital Management, LLC. (Galardi, Gregg) (Entered: 03/21/2014) |
| 04/07/2014 | 9 (22 pgs) | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Dscl of Attorney Compensation,. Filed by Pursuit Capital Management, LLC. (Galardi, Gregg) (Entered: 04/07/2014) |
| 04/07/2014 | 10 (16 pgs) | Schedules/Statements filed: , , Stmt of Financial Affairs,. Filed by Pursuit Capital Management, LLC. (Galardi, Gregg) (Entered: 04/07/2014) |
| 04/09/2014 | 11 (2 pgs) | Amendment to List of Creditors. Fee Amount $30. Filed by Pursuit Capital Management, LLC. (Galardi, Gregg) (Entered: 04/09/2014) |
| 06/18/2014 | 20 (64 pgs; 3 docs) | Transcript regarding Hearing Held 04/29/2014 RE; 341 Meeting of Creditors. Remote electronic access to the transcript is restricted until 9/16/2014. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber, Reliable, at telephone number: 302-654-8080.] Notice of Intent to Request Redaction Deadline Due By 6/25/2014. Redaction Request Due By 7/9/2014. Redacted Transcript Submission Due By 7/21/2014. Transcript access will be restricted through 9/16/2014. (related document(s) 13) (MPM) (Entered: 06/18/2014) |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 08/04/2014 | 22 (247 pgs; 12 docs) | Motion to Compel *Compliance with Court Orders and for Relief from the Automatic Stay* Filed by Estate of Leonard Schneider, Lillian Schneider, Leslie Schneider, Jamiscott, LLC, Claridge Associates, LLC. Hearing scheduled for 9/4/2014 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 8/21/2014. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Proposed Form of Order # 11 Notice) (Silverman, Jesse) (Entered: 08/04/2014) |
| 09/03/2014 | 31 (22 pgs; 5 docs) | Letter *to the Honorable Peter J. Walsh from Jesse N. Silverman, Esq. regarding significant development that counsel would like to discuss at hearing scheduled for Sept. 4, 2014* (related document(s)22) Filed by Claridge Associates, LLC, Estate of Leonard Schneider, Jamiscott, LLC, Leslie Schneider, Lillian Schneider. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Silverman, Jesse) (Entered: 09/03/2014) |
| 12/09/2014 | 63 (2 pgs; 2 docs) | Notice of Assets – Proof of Claims due by 03/12/2015 (ADI) (Entered: 12/09/2015 |
| 04/30/2015 | 113 (19 pgs; 6 docs) | Objection to Claim 2 by Claimant(s) Frank Canelas (Claim No. 2).. Filed by Jeoffrey L. Burtch. Hearing scheduled for 6/3/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/27/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (Felger, Mark) (Entered: 04/30/2015) |
| 04/30/2015 | 114 (20 pgs; 6 docs) | Objection to Claim 6 by Claimant(s) Anthony Schepis.. Filed by Jeoffrey L. Burtch. Hearing scheduled for 6/3/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/27/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (Felger, Mark) (Entered: 04/30/2015) |
| 04/30/2015 | 115 (22 pgs; 6 docs) | Objection to Claim 5 by Claimant(s) Pursuit Opportunity Fund I, L.P... Filed by Jeoffrey L. Burtch. Hearing scheduled for 6/3/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/27/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (Felger, Mark) (Entered: 04/30/2015) |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 04/30/2015 | 116 (22 pgs; 6 docs) | Objection to Claim 3 by Claimant(s) Pursuit Capital Management Fund I, L.P... Filed by Jeoffrey L. Burtch. Hearing scheduled for 6/3/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/27/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (Felger, Mark) (Entered: 04/30/2015) |
| 04/30/2015 | 117 (22 pgs; 6 docs) | Objection to Claim 4 by Claimant(s) Pursuit Investment Management, LLC.. Filed by Jeoffrey L. Burtch. Hearing scheduled for 6/3/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/27/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit b # 4 Exhibit C # 5 Certificate of Service) (Felger, Mark) (Entered: 04/30/2015) |
| 05/01/2015 | 119 (74 pgs; 9 docs) | Memorandum of Law in Support of Further Discovery Needed in Connection with Objection to Motion to Settle (related document(s)67, 84, 111) Filed by Francis Canelas Jr., Pursuit Capital Management Fund I, L.P., Pursuit Investment Management, LLC, Pursuit Opportunity Fund I, L.P., Anthony Schepis. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Chipman, William) (Entered: 05/01/2015) |
| 05/27/2015 | 127 (9 pgs) | Omnibus Response to the Chapter 7 Trustee's Objections to Claims (related document(s) 113, 114, 115, 116, 117) Filed by Francis Canelas Jr., Pursuit Capital Management Fund I, L.P., Pursuit Investment Management, LLC, Pursuit Opportunity Fund I, L.P., Anthony Schepis (Chipman, William) (Entered: 05/27/2015) |
| 05/27/2015 | 128 (44 pgs; 3 docs) | Declaration in Support/Declration of Peter Cane, Esq. in Support of Omnibus Response to the Chapter 7 Trustee's Objections to Claims (related document(s) 127) Filed by Francis Canelas Jr., Pursuit Capital Management Fund I, L.P., Pursuit Investment Management, LLC, Pursuit Opportunity Fund I, L.P., Anthony Schepis. (Attachments: #1 Exhibit A – Amended and Restated Limited Partnership Agreement #2 Exhibit B – Limited Liability Company Agreement) (Chapman,William) (Entered: 05/27/2015) |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/21/2015 | 172 (2 pgs; 2 docs) | Transcript regarding Hearing Held 07/16/2015 RE: Omnibus/Sale Hearing. Remote electronic access to the transcript is restricted until 10/19/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber, Reliable, at telephone number: 302-654-8080.] Notice of Intent to Request Redaction Deadline Due By 7/28/2015. Redaction Request Due By 8/11/2015. Redacted Transcript Submission Due By 8/21/2015. Transcript access will be restricted through 10/19/2015. (related document(s)164) (MPM) (Entered: 07/21/2015) |
| 09/22/2015 | 201 (2 pgs; 2 docs) | Transcript regarding Hearing Held 08/07/2015 RE: Motion to Adjourn Sale Hearing. Remote electronic access to the transcript is restricted until 12/21/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber, Reliable, at telephone number: 302-654-8080.] Notice of Intent to Request Redaction Deadline Due By 9/29/2015. Redaction Request Due By 10/13/2015. Redacted Transcript Submission Due By 10/23/2015. Transcript access will be restricted through 12/21/2015. (MPM) (Entered: 09/22/2015) |
| 09/22/2015 | 202 (2 pgs; 2 docs) | Transcript Regarding Hearing Held 06/15/2015 RE: Status Conference Regarding Trustee's Motion for an Order Approving Agreement to Settled, Transfer and Assign Certain Claims, Rights and Interests (docket #66). Remote electronic access to the transcript is restricted until 12/21/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber, Reliable, at telephone number: 302-654-8080.] Notice of Intent to Request Redaction Deadline Due By 9/29/2015. Redaction Request Due By 10/13/2015. Redacted Transcript Submission Due By 10/23/2015. Transcript access will be restricted through 12/21/2015. (related document(s)131) (MPM) (Entered: 09/22/2015) |
| 09/22/2015 | 204 (2 pgs; 2 docs) | Transcript regarding Hearing Held 07/02/2015 RE: Conference Call Regarding Setting Auction Date. Remote electronic access to the transcript is restricted until 12/21/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber, Reliable, at telephone number: 302-654-8080.] Notice of Intent to Request Redaction Deadline Due By 9/29/2015. Redaction Request Due By 10/13/2015. Redacted Transcript Submission Due By 10/23/2015. Transcript access will be restricted through 12/21/2015. (MPM) (Entered: 09/22/2015) |

Dated: October 6, 2105						COZEN O'CONNOR


								*/s/ Barry M. Klayman*
								Mark E. Felger (No. 3919)
								Barry M. Klayman (No. 3676)
								1201 North Market Street, Suite 1001
								Wilmington, DE  19801
								Telephone:  (302) 295-2087
								Facsimile:  (302) 295-2013)

								*Special Counsel for Appellee, Jeoffrey L. Burtch, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| PURSUIT CAPITAL MANAGEMENT, LLC, | Chapter 7 |
| Debtor. | Case No. 14-10610 (LSS) |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on this date, I caused a true and correct copy of the foregoing *Appellee Chapter 7 Trustee's Designation Of Additional Items To Be Included In The Record* to be served via first-class mail, postage prepaid upon all of those parties on the attached service list.

Dated:  October 6, 2015

COZEN O'CONNOR

*/s/ Barry M. Klayman*
Mark E. Felger (No. 3919)
Barry M. Klayman (No. 3676)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801

*Special Counsel to Appellee, Jeoffrey L. Burtch, Chapter 7 Trustee*

Stuart M. Brown, Esquire
DLA Piper LLP
1201 North Market Street
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

John L. Scott, Esquire
Reed Smith
599 Lexington Avenue
22nd Floor
New York, NY 10022

Peter S. Cane, Esquire
Cane & Associates LLP
200 Park Avenue, 17th Floor
New York, NY 10166

Robert M. Abrahams, Esquire
Matthew J. Moses, Esquire
Schulte Roth & Zabel LLP
919 third Avenue
New York, NY 10022

Richard A. Robinson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 500
Wilmington, DE 19801

Jesse N. Silverman, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

John D. Penn, Esquire
Perkins Coie LLP
500 North Akard Street, Suite 3300
Dallas, TX 75201

Thaddeus J. Weaver, Esquire
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801

John H. Knight, Esquire
Marcos A. Ramos, Esquire
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Jesse N. Silverman, Esquire
Dilworth Paxson LLP
One Customs House, Suite 500
704 King Street
Wilmington, DE 19801

Jonathan Harris, Esquire
Evan Bolla, Esquire
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006