# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| PURSUIT CAPITAL MANAGEMENT, LLC, | : Bankruptcy Case No. 14-10610 (LSS) |
| | : |
| Debtor. | : |
| | : |
| PURSUIT PARTIES, | |
| | : |
| Appellants, | : |
| | : Civil Action No. 15-801-RGA |
| v. | : |
| | : |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, | : |
| | : |
| Appellee. | : |

## STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE

WHEREAS, the Court entered an Order dated November 6, 2015, setting December 1, 2015, as the deadline for the filing of Appellant's Opening Brief on appeal (D.I. 9);

WHEREAS, pursuant to FRBP 8018, the deadline for the filing of Appellee's Opening Brief on appeal would fall on December 31, 2015 (New Year's Eve);

WHEREAS, the parties have agreed to an amended schedule for the filing of Appellee's Opening Brief on appeal and Appellant's Reply Brief on appeal to take into account the intervening holidays;

NOW THEREFORE, it is hereby Stipulated and Agreed, by and between the parties, through their undersigned counsel, subject to the approval by the Court hereof, that the briefing schedule shall be as follows:

1. Appellant's Opening Brief on appeal shall be due on December 1, 2015.

2. Appellee's Opening Brief on appeal shall be due on January 7, 2016.

LEGAL\24878432\1

3. Appellant's Reply Brief on appeal shall be due on January 21, 2016.

Dated: November 13, 2015

/s/ R. Craig Martin
Stuart M. Brown (No. 4050)
R. Craig Martin (No. 5032)
Daniel N. Brogan (No. 5723)
DLA PIPER LLP
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5627
Facsimile: (302) 397-2507
Stuart.brown@dlapiper.com
Craig.martin@dlapiper.com
Daniel.brogan@dlapiper.com

*Attorneys for Appellant, Pursuit Parties*

/s/ Mark E. Felger
Mark E. Felger (No. 3919)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (302) 295-2013
Mfelger@cozen.com

*Attorneys for Appellee, Jeoffrey L. Burtch, Chapter 7 Trustee*

SO ORDERED:

*Richard G. Andrews* (signature)

Richard G. Andrews, U.S. District Judge
11/16/15

LEGAL\24878432\1