## **CERTIFICATE OF COMPLIANCE**

I hereby certify this brief complies with the type-volume limitation of Bankruptcy Rule 8015(a)(7)(B)(i) because it contains 12,279 words, excluding the parts of the brief exempted by Bankruptcy Rule 8015(a)(7)(B)(iii).

Dated: January 7, 2016
      Wilmington, Delaware

                                      */s/ Mark E. Felger*
                                      Mark E. Felger  (No. 3919)